UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK CROUCH,

        Plaintiff,

v.

TRANSGLOBAL CO-OPERATIVE,
LLC et al.,

        Defendants.
_____/

Case No. 1:15-cv-847

HON. PAUL L. MALONEY

## NOTICE OF SUBPOENA PURSUANT TO RULE 45(a)(4)

On April 20, 2016, I served upon defendant Belal A. Alwakeel, a copy of this Notice of Subpoena, along with a Subpoena directed to SIP.US, LLC, commanding the production of documents, information or objects pursuant to Rule 45 of the Federal Rules of Civil Procedure, by first class mail, and addressed as follows: Belal A. Alwakeel, 760 Old Roswell Road, Suite 31, Roswell, Georgia 30076.

Dated: April 20, 2016

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com